

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 3 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**7/30/2015**                                                    **COA No. 12-14-00073-CR**
**PIERCE, JOSEPH MICHAEL   Tr. Ct. No. 114-0648-13**              **PD-0651-15**
On this day, this Court has granted the Appellant's Pro Se Motion to Suspend Rule
9.3(b) T.R.A.P.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *